IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| JAMES BLAZEK, JR., § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:16-CV-55 |
| § | |
| VICTORIA COUNTY, TEXAS, § | |
| Defendant. § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On October 31, 2017, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" to dismiss this action for lack of prosecution. D.E. 9. Plaintiff James Blazek, Jr. was provided proper notice and an opportunity to object to the Magistrate Judge's Memorandum and Recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Plaintiff did not file objections. Plaintiff has filed nothing since September 2016, despite this Court's notice to him of a pleading deficiency in August 2017. D.E. 5 The Court has reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 9), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court **ORDERS** that this action be

1

**DISMISSED** without prejudice. The Clerk shall enter this order and provide a copy to all parties.

It is so ORDERED this 4 day of Dec_____, 2017.

_____
HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE